# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AMER TASIR ZGHAILAT QARALLEH | ) Case No.  1:25-MJ-580 |
| | ) |
| | ) **UNDER SEAL** |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 18, 2025___ in the city/county of ___Fairfax County___ in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | knowing receipt/possession of a firearm not registered in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_____AUSA Nicholas A. Durham_____
*Printed name and title*

STEVEN LETTENEY
Digitally signed by STEVEN LETTENEY
Date: 2025.10.08 15:09:50 -04'00'

*Complainant's signature*

ATF Special Agent Steven D. Letteney
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

___telephone___ *(specify reliable electronic means)*.

Date: ___October 8, 2025___

Digitally signed by Ivan Davis
Date: 2025.10.08 15:31:19 -04'00'

*Judge's signature*

City and state:  ___Alexandria, Virginia___

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*