**Criminal Case Cover Sheet**                    **U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**          ☒ **Under Seal**          **Judge Assigned:**

City: Springfield      Superseding Indictment:                **Criminal No.**

County: Fairfax        Same Defendant:              New Defendant: Yes

Magistrate Judge Case No. 1:25-MJ-580      **Arraignment Date:**

Search Warrant Case No.                  R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Amer Tasir Zghailat-Qaralleh    Alias(es):          ☐ Juvenile  FBI No.

**Address:**

Employment:

**Birth Date:** XX/XX/1983    **SSN:** XXX-XX-6225    **Sex:** Male    Race:          Nationality:

**Place of Birth:** Jordan    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ **Interpreter**   **Language/Dialect:**          Auto Description:

**Location/Status:**

**Arrest Date:**          ☐ Already in Federal Custody as of:          in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:**          ☐ Court Appointed    Counsel Conflicts:

Address:          ☐ Retained

Phone:          ☐ Public Defender          ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** AUSA Nicholas A. Durham    **Phone:** 703-299-3758    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

ATF Special Agent Steven D. Letteney

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. § 5861(d) | knowing receipt/possession of a firearm not registered in the National Firearms Registration and Transfer Record | 1 | F |
| Set 2: | | | | |

**Date:** 10/8/2025    **AUSA Signature:** /s/    *may be continued on reverse*