11892144

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.
Amer Tasir Zghailat-Qaralleh

)
)
)
)
)
)
)

Case No.   1:25-MJ-580

**UNDER SEAL**

*Defendant*

2025 OCT 08 15:45
NITED STATES MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Amer Tasir Zghailat-Qaralleh                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. § 5861(d): (knowing receipt/possession of a firearm not registered in the National Firearms Registration and Transfer Record)

Date:   10/08/2025

Digitally signed by Ivan Davis
Date: 2025.10.08 15:30:30 -04'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  8 Oct 2025 , and the person was arrested on *(date)*  9 Oct 2025
at *(city and state)*  Fairfax, VA              .

Date:  9 Oct 25

*Arresting officer's signature*

S. Letleney   Special Agent
*Printed name and title*