TYPE OF HEARING:   Preliminary Hearing
CASE NUMBER:   1:25-MJ- 580
MAGISTRATE JUDGE:Lindsey R. Vaala
DATE:  10/23/2025
TIME:   2;00pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

      VS.

     Amer Tasir Qaralleh

GOVT. ATTY:   Nicholas Durham

DEFT'S ATTY:   Brittany Davidson

DUTY AFPD/CJA:

INTERPRETER_____LANGUAGE  _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE  (   )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
DEFT INFORMED OF THE VIOLATION(S) (X)
COURT TO APPOINT COUNSEL (   )   FPD (   ) CJA (   ) Conflict List (   )  Reappointed (   )
    Counsel appointed for the purpose of hearing in the EDVA(   )
    Counsel appointed for the purpise of todays hearing (   )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  (   )

Consent to Trial Before US Magistrate Judge (   )

Govt adduced evidence.  Govt called Witness # 1 - Special Agent Letteney. Affidavit entered into evidence as Govt Exhibit #1 without objection. Govt rest. Deft counsel cross examines witness. Deft rest. Argument on PC. Court find PC. Matter continued for further proceedings before the Grand Jury. Deft is continued on previously imposed conditions of release.

Consent Motion for Protective Order filed in Court.

Deft recognized to appear at further court date (   )

NEXT COURT APPEARANCE _____TIME _____

In Court Time :   27 minutes