IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-mj-580 |
| AMER TAISIR ZGHAILAT-QARALLEH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the motion of the United States, by and through its attorney,[1] and the defendant, Amer Taisir Zghailat-Qaralleh, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161(h)(7)(A), (B)(iv), for the reasons stated in the Second Consent Motion to Extend Time for Indictment, and to allow the defendant further time to meet and confer with defense counsel, review discovery, and consider a potential pre-indictment resolution to the case, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the deadline for indicting defendant be and is EXTENDED up to and including January 8, 2026, and the resulting delay shall be excluded in computing the time within which an indictment must be filed.  No further extensions will be granted.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3ʳᵈ day of December, 2025.

Alexandria, Virginia

/s/ _____
Leonic M. Brinkema
**United States District Judge**

---

[1] The Court does not recognize Ms. Halligan as being authorized to represent the United States given the decisions in United States v. Comey, No. 1:25-cr-272, – F. Supp. 3d –, 2025 WL 3266932 (E.D. Va. Nov. 24, 2025), and United States v. James, No. 2:25-cr-122, – F. Supp. 3d –, 2025 WL 3266931 (E.D. Va. Nov. 24, 2025), which have neither been stayed nor appealed as of this date.  See also United States v. Giraud, Nos. 25-2635 & 25-2636, – F.4th –, 2025 WL 3439752 (3d Cir. Dec. 1, 2025).