

FILED
IN OPEN COURT

JAN - 8 2026

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-cr-2 |
| v. | Count 1: 26 U.S.C. § 5861(d) (Possession of an Unregistered National Firearms Act firearm) |
| AMER TAISIR ZGHAILAT QARALLEH | Count 2: 18 U.S.C. § 842(a)(3)(A) (Transport or Receipt of Explosive Materials) |
| Defendant. | Count 3: 18 U.S.C. § 842(j) (Improper Storage of Explosive Materials) |
| | Forfeiture Notice |

## INDICTMENT

January 2026 Term – at Alexandria

### COUNT ONE

(Possession of an Unregistered National Firearm Act Firearm)

THE GRAND JURY CHARGES THAT:

On or about March 18, 2025, in Springfield, Virginia, within the Eastern District of Virginia, the defendant, AMER TAISIR ZGHAILAT QARALLEH, did knowingly receive and possess a firearm, that is, a Remington, model 870 Express Magnum, 12-gauge, pump-action shotgun with a barrel of less than 18 inches in length, bearing serial number A869470, not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5845(a)(1), 5861(d), and 5871.)

## COUNT TWO
(Transport or Receipt of Explosive Materials)

THE GRAND JURY FURTHER CHARGES THAT:

From on or about November 22, 2023 through on or about March 18, 2025, in Springfield, Virginia, in the Eastern District of Virginia, the defendant, AMER TAISIR ZGHAILAT QARALLEH, not being a licensee or permittee, did knowingly transport, ship, cause to be transported, and receive explosive materials, to wit: four cylindrical, improvised explosive devices.

(In violation of Title 18, United States Code, Sections 842(a)(3)(A), 844(a)(1), and 841.)

## COUNT THREE
(Improper Storage of Explosive Materials)

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 17, 2025 through on or about March 18, 2025, in Springfield, Virginia, in the Eastern District of Virginia, the defendant, AMER TAISIR ZGHAILAT QARALLEH, did knowingly store explosive materials, to wit: four cylindrical, improvised explosive devices, in a manner not in conformity with regulations promulgated by the Attorney General.

(In violation of Title 18, United States Code, Sections 842(j), 844(b), 841,

and Title 27 CFR § 555.29.)

2

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE AS DESCRIBED BELOW:

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, AMER TAISIR ZGHAILAT QARALLEH, is hereby notified that, if convicted of the offense set forth in Count One of the Indictment, the defendant, AMER TAISIR ZGHAILAT QARALLEH, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303, the following: (1) any firearms and ammunition used in or involved in the offense; and (2) any aircraft, vehicle, or vessel involved in the violation.

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, AMER TAISIR ZGHAILAT QARALLEH, is hereby notified that, if convicted of the offense set forth in Count Two of the Indictment, the defendant, AMER TAISIR ZGHAILAT QARALLEH, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 982(a)(2)(B), 844(c)(1), and 28 U.S.C. § 2461(c), the following: (1) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation; and (2) any explosive materials involved or used or intended to be used in the violation.

The property subject to forfeiture includes, but is not limited to, a Remington, model 870 Express Magnum, 12-gauge, pump-action shotgun with a barrel of less than 18 inches in length, bearing serial number A869470, described in Count One.

If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(Pursuant to Title 18, United States Code, Sections 924(d)(1), 982(a)(2)(B), and 844(c)(1); Title 21, United States Code, Section 853(p); Title 26, United States Code, Section

3

5872; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL.

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

███████████████ *

United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

By:

Nicholas A. Durham
Assistant United States Attorney
Robert Strange
Special Assistant United States Attorney

*The Indictment improperly lists Ms. Halligan as the United States Attorney and Special Attorney for this district. The Court does not recognize Ms. Halligan as being authorized to represent the United States given the decisions in United States v. Comey, No. 1:25-cr-272, – F. Supp. 3d –, 2025 WL 3266932 (E.D. Va. Nov. 24, 2025), and United States v. James, No. 2:25-cr-122, – F. Supp. 3d –, 2025 WL 3266931 (E.D. Va. Nov. 24, 2025), which have been appealed but not stayed as of this date. See also United States v. Giraud, Nos. 25-2635 & 25-2636, – F.4th –, 2025 WL 3439752 (3d Cir. Dec. 1, 2025).

4