**Criminal Case Cover Sheet**          FILED: REDACTED          **U.S. District Court**

**Place of Offense:**          ☐ **Under Seal**          **Judge Assigned:** Brinkema

City: Springfield, VA     Superseding Indictment: [ ]     **Criminal No.** 1:26-CR-2

County: Fairfax County     Same Defendant: Yes     New Defendant: [ ]

Magistrate Judge Case No. 1:25-MJ-580     **Arraignment Date:** [ ]

Search Warrant Case No. [ ]     R. 20/R. 40 From: [ ]

**Defendant Information:**

**Defendant Name:** Amer Taisir Zghailat-Qaralleh     Alias(es): [ ]     ☐ Juvenile  FBI No. [ ]

**Address:** XXXX XXXXX XXX  XXXX, Apt. XXX. Woodbridge, VA XXXXX

Employment: [ ]

**Birth Date:** X/XX/1983     **SSN:** XXX-XX-6255     **Sex:** Male     Race: [ ]     Nationality: [ ]

**Place of Birth:** Jordan     Height: .     Weight: [ ]     Hair: [ ]     Eyes: [ ]     Scars/Tattoos: [ ]

☐ Interpreter  **Language/Dialect:** [ ]     Auto Description: [ ]

**Location/Status:**

**Arrest Date:** [ ]     ☐ Already in Federal Custody as of: [ ] in: [ ]

☐ Already in State Custody     ☐ On Pretrial Release     ☒ Not in Custody

☐ Arrest Warrant Requested     ☐ Fugitive     ☒ Summons Requested

☐ Arrest Warrant Pending     ☐ Detention Sought     ☐ Bond [ ]

**Defense Counsel Information:**

**Name:** Brittany Davidson     ☐ Court Appointed     Counsel Conflicts: [ ]

Address: 1650 King St # 500, Alexandria, VA 22314     ☐ Retained     [ ]

Phone: (703) 600-0800     ☐ Public Defender     ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Nicholas A. Durham     **Phone:** (703) 299-3758     Bar No. [ ]

**Complainant Agency - Address & Phone No. or Person & Title:**

[ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. § 5861(d) | Possession of an Unregistered Natio... | 1 | Felony |
| Set 2: | 18 U.S.C. § 842(a)(3)(A) | Transport or Receipt of Explosive Ma... | 1 | Felony |
| Date: | 1/8/2026 | AUSA Signature: /s/ Nicholas A. Durham | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 842(j) | Improper Storage of Explosive Mater | 1 | Misd. |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form        Reset Form